UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DAVID SWEENEY                                                                    PETITIONER

V.                                              CIVIL ACTION NO. 3:25-CV-137-KHJ-MTP

WARDEN R.D. KEYES                                                            RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

SO ORDERED AND ADJUDGED, this 24th day of July, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE